# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              **Case Number: 2:99-cr-117-FtM-29DNF**

**CHARLES C. VAID**

**USM Number: 33167-018**

Martin DerOvanesian, FPD
1514 Broadway
Fort Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) Condition Seven  and a  Special Condition of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Seven | Drug Use | January 26, 2007 |
| Special Condition | Unsuccessful term from CCC | January 26, 2007 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/8/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

March _____,2007

CHARLES C. VAID
2:99-cr-117-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **180 Days**.

The Defendant shall surrender to the United States Marshal for this district on **March 8, 2007 at 4:00 p.m.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

CHARLES C. VAID
2:99-cr-117-FtM-29DNF

## SUPERVISED RELEASE

Supervised Release is revoked and not reimposed.